ACCEPTED
01-14-00248-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/27/2015 2:42:49 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00248-CR**
In the
Court of Appeals
For the
First District of Texas
At Houston

──────────◆──────────

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/27/2015 2:42:49 PM

CHRISTOPHER A. PRINE
Clerk

**No.1861254**
In County Criminal Court at Law No. 5
Of Harris County, Texas

──────────◆──────────

**BRADY KOCH, JR.**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

──────────◆──────────

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

──────────◆──────────

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to Tex. R. App. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. Appellant was charged by information with driving while intoxicated, enhanced with one prior conviction for driving while intoxicated. (C.R. at 8) Appellant was convicted by a jury and was sentenced by the trial court to one year in the Harris County Jail, probated for two years of community supervision. (C.R. at 91, 96-97) Appellant timely filed notice of appeal and the trial court certified his right of appeal. (C.R. at 99-102) The State's Reply Brief was due on July

27, 2015. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

a. The undersigned attorney was not assigned this brief until <u>July 14, 2015</u>.

b. The undersigned attorney has also been involved in the following written appellate projects during the time the undersigned attorney was assigned State's reply brief in this case:

(1)     Oliver Cruise v. State of Texas
        No. 01-14-00833-CR
        Brief Due: August 11, 2015

(2)     Jason Conway v. State of Texas
        No. 01-14-00659-CR
        Brief Due: August 19, 2015

(3)     Demetrus Horton v. State of Texas
        No. 01-14-00993-CR
        Brief Due: July 22, 2015
        Brief Submitted: July 23, 2015

Consequently, the undersigned attorney has been unable to complete the State's Reply Brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a thirty day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
McLean_Patricia@dao.hctx.net
TBC No. 24081687

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by e-filing to:

Emily Detoto; Megan Smith
Attorneys for Appellant
emilydetoto@mac.com;
megan@megansmithlaw.com

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
McLean_Patricia@dao.hctx.net
TBC No.24081687

Date:  July 27, 2015